■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM A. JENNINGS, Appellant. [655 NYS2d 971] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered January 7, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress his statement to the police.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence is not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Rosenblatt, J. P., Miller, Ritter and Copertino, JJ., concur.